**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO.  3:18-CR-251-MOC-DCK**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **MARCUS ANTONIO DURHAM** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

     **THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion To Seal" (Document No. 53) filed September 9, 2020.  In accordance with the Local Rules, the Court has considered the Motion to Seal, the public's interest in access to the affected materials, and alternatives to sealing.  The Court determines that no less restrictive means other than sealing is sufficient inasmuch as the Medical Records contain sensitive and private information that is inappropriate for public access.  Having carefully considered the motion and the record, and for good cause, the undersigned will <u>grant</u> the motion.

     **IT IS, THEREFORE, ORDERED** that Plaintiff's "Motion To Seal" (Document No. 53) is **GRANTED**, and the "United States' Response Opposing Motion For Home Confinement Or Compassionate Release" (Document No. 51) and Defendant's Medical Records (Document No. 52) are sealed until further Order of this Court.

Signed: September 11, 2020

David C. Keesler
United States Magistrate Judge